OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 06. 2015

7/27/2015

HERNANDEZ, JAVIER          Tr. Ct. No. 1054441-C                WR-73,297-04

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

JAVIER  HERNANDEZ
TERRELL UNIT - TDC #1421808
1300 FM 655
ROSHARON, TX  77583

EBN3B  77583